# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA HILL, | } | Civil Action 1:11-cv-781 |
| Plaintiff, | } | JUDGE: Susan J. Dlott |
| v. | } | |
| ENTERPRISE RECOVERY SYSTEM, | } | |
| Defendant. | } | |

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice, it is hereby ORDERED that this case is dismissed with prejudice.

SO ORDERED THIS 14th day of September 2012.

_____
Judge Susan J. Dlott